UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDDIE TRIPLETT #125982            CIVIL ACTION

VERSUS            NO. 04-1434

N. BURL CAIN, WARDEN            SECTION: "C"
LOUISIANA STATE PENITENTIARY

**J U D G M E N T**

In accordance with the Court's order and reasons filed September 29, 2011,

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus pursuant to Title 28 U.S.C. § 2254 filed by Eddie Triplett, is hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the conviction and sentence of Eddie Triplett are hereby SET ASIDE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the state either retry Eddie Triplett within 120 days or release him. The state shall notify the petitioner and this Court of its intention within 5 days of this ruling.

New Orleans, Louisiana, this 29th day of September 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE